UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: CR 05- 401 DB |
| v. ) | CR 07- 396 DB |
| ) | |
| ANDREW KUNDA, ) | |
| ) | DETENTION ORDER |
| Defendant. ) | |
| _____ ) | |

Offenses charged:

Count I: Operating a motor vehicle while under the influence of intoxicating liquor (or any drug or any combination thereof) in violation of 18 U.S.C. §§ 7 and 13, and R.C.W. §§ 46.61.502 and .504.

Count II: Physical Control of a motor vehicle while intoxicated, in violation of 18 U.S.C. §§ 7 and 13, and R.C.W. 9A.52.100.

Count I in CR 07- 396: Failure to Appear for Trial in violation of a pretrial bond and 18 U.S.C. § 3142.

Initial Appearance: November 7, 2005 and November 28, 2007.

Date of Detention Hearing: November 28, 2007.

On November 28, 2007, defendant appeared on an alleged violation of his conditions of pretrial release in CR 05-401 and for an initial appearance on the charge in CR 07-396. Both

matters alleged that defendant failed to appear for his trial on the charges in CR 05-401 that had been scheduled for January 2, 2007.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) On November 7, 2005, defendant was released on bond with pretrial supervision and special conditions. His trial was scheduled for January 2, 2007.

(2) Defendant failed to appear for his trial as scheduled.

(3) There appear to be no conditions or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings and that will address the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 28th day of November 2007.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER                                                                                          15.13
18 U.S.C. § 3142(i)                                                                                             Rev. 1/91
PAGE 3

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 28th day of November 2007.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER                                                   15.13
18 U.S.C. § 3142(i)                                              Rev. 1/91
PAGE 3